**Electronically Filed
Supreme Court
SCWC-21-0000644
31-MAR-2025
08:36 AM
Dkt. 11 ODAC**

SCWC-21-0000644

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

TYLER BENJAMIN NICHOLS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000644; CASE NO. 1CPC-21-0000023)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Copeland, in place of Devens, J., recused)

Petitioner/Defendant-Appellant Tyler Benjamin Nichols's

Application for Writ of Certiorari, filed on February 21, 2025, is

hereby rejected.

DATED: Honolulu, Hawai'i, March 31, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Rebecca A. Copeland